AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| RAMON GUTIERREZ-PEREZ | CASE NUMBER: 08cr260-W |

I, RAMON GUTIERREZ-PEREZ, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 1-31-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*RAMON GUTIERREZ PERES*
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

[FILED JAN 31 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA]